JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   JEFFREY DESHAZER,                    Case No.  CV 17-8915-GW(GJSx)
12              Plaintiff,
13        v.                             **ORDER TO DISMISS WITH
                                         PREJUDICE**
14   STARR INDEMNITY &
     LIABILITY COMPANY, et al.,
15
              Defendants.
16
17

18        Based upon the stipulation between the parties and their respective counsel,
19
     it is hereby ORDERED that this action is dismissed with prejudice in its entirety.
20
     Each party will bear its own attorneys' fees and expenses.
21
          IT IS SO ORDERED.
22
23   Dated: January 30, 2019
24
25                                   _____
                                     HONORABLE GEORGE H. WU
26                                   UNITED STATES DISTRICT JUDGE
27
28